APPEAL, CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:12−cv−03216

| | |
|---|---|
| Lea et al v. Buy Direct, LLC<br>Assigned to: Judge Lynn N. Hughes<br>Cause: 15:1692 Fair Debt Collection Act | Date Filed: 10/29/2012<br>Date Terminated: 04/18/2013<br>Jury Demand: Plaintiff<br>Nature of Suit: 371 Truth in Lending<br>Jurisdiction: Federal Question |

**Plaintiff**

**Angela Lea**  represented by  **Noah Daniel Radbil**
Weisberg Meyers, LLC
Two Allen Center
1200 Smith Street
Sixteenth Floor
Houston, TX 77002
(888) 595−9111 ext. 275
Email: noah.radbil@attorneysforconsumers.com
*ATTORNEY TO BE NOTICED*

**Russell S Thompson , IV**
Weisberg and Meyers LLC
5025 N Central Ave
No 602
Phoenix, AZ 85012
888−595−9111
Email: rthompson@attorneysforconsumers.com
*TERMINATED: 12/26/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darrel Lea**  represented by  **Noah Daniel Radbil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell S Thompson , IV**
(See above for address)
*TERMINATED: 12/26/2012*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Buy Direct, LLC**  represented by  **Lane Odom**
Berry Odom LLP
611 9th Avenue
Fort Worth, TX 76104
817−850−4200
Fax: 817−546−3210
Email: lodom@berryodom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2012 | 1 | COMPLAINT against Buy Direct, LLC (Filing fee $ 350 receipt number 0541−10526819) filed by Angela Lea, Darrel Lea. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(Thompson, Russell) (Entered: 10/29/2012) |

| | | |
|---|---|---|
| 10/30/2012 | 2 | (Docket in Error)ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/14/2013 at 11:00 AM in Room 11122 before Judge Lynn N. Hughes(Signed by Judge Lynn N. Hughes) Parties notified.(wbostic, ) Modified on 10/30/2012 (wbostic, ). (Entered: 10/30/2012) |
| 10/30/2012 | 3 | (Docket in Error) ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/14/2013 at 11:00 AM in Room 11122 before Judge Lynn N. Hughes(Signed by Judge Lynn N. Hughes) Parties notified.(wbostic, ) Modified on 10/30/2012 (wbostic, ). (Entered: 10/30/2012) |
| 10/30/2012 | 4 | ORDER FOR CONFERENCE. Initial Conference set for 1/14/2013 at 11:00 AM in Room 11122 before Judge Lynn N. Hughes(Signed by Judge Lynn N. Hughes) Parties notified.(wbostic, ) (Entered: 10/30/2012) |
| 11/06/2012 | | Summons Issued as to Buy Direct, LLC, filed.(rsmith) (Entered: 11/06/2012) |
| 12/07/2012 | 5 | ANSWER to 1 Complaint by Buy Direct, LLC, filed.(Odom, Lane) (Entered: 12/07/2012) |
| 12/07/2012 | 6 | MOTION to Dismiss 1 Complaint *per FRCP Rule 12(b)(6)* by Buy Direct, LLC, filed. Motion Docket Date 12/28/2012. (Odom, Lane) (Entered: 12/07/2012) |
| 12/18/2012 | 7 | Unopposed MOTION to Substitute Attorney Noah D. Radbil in place of Russell S. Thompson, IV by Angela Lea, Darrel Lea, filed. Motion Docket Date 1/8/2013. (Attachments: # 1 Proposed Order)(Radbil, Noah) (Entered: 12/18/2012) |
| 12/26/2012 | 8 | ORDER granting 7 Motion to Substitute Attorney Noah D. Radbil in place of Attorney Russell S Thompson. (Signed by Judge Lynn N. Hughes) Parties notified.(bthomas) (Entered: 12/26/2012) |
| 12/28/2012 | 9 | MEMORANDUM *of Agreement Regarding Extension of Submission Date* by Angela Lea, Darrel Lea, filed. (Attachments: # 1 Proposed Order)(Radbil, Noah) (Entered: 12/28/2012) |
| 12/30/2012 | 10 | Management ORDER. By 1/04/2013, Angela and Darrel Lea may respond to the motion to dismiss. By 1/11/2013, Buy Direct may reply. Internal review set for 1/14/2013. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) (Entered: 12/31/2012) |
| 01/04/2013 | 11 | RESPONSE to 6 MOTION to Dismiss 1 Complaint *per FRCP Rule 12(b)(6)* filed by Angela Lea, Darrel Lea. (Radbil, Noah) (Entered: 01/04/2013) |
| 01/09/2013 | 12 | NOTICE of Appearance by Noah D. Radbil on behalf of Angela Lea, Darrel Lea, filed. (Radbil, Noah) (Entered: 01/09/2013) |
| 01/10/2013 | 13 | REPLY in Support of 6 MOTION to Dismiss 1 Complaint *per FRCP Rule 12(b)(6)*, filed by Buy Direct, LLC. (Odom, Lane) (Entered: 01/10/2013) |
| 01/14/2013 | 14 | CONFERENCE MEMORANDUM: Initial conference held. Appearances: Noah Radbil, Lane Odom. Ct Reporter: A. Manley. Internal review set for 2/4/2013. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) (Entered: 01/15/2013) |
| 01/16/2013 | 15 | ORDER Converting Motion. The motion to dismiss by Buy Direct is converted to a motion for summary judgment. The parties may supplement the motion and response by 1/22/2013. Internal review set for 1/28/2013. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) (Entered: 01/16/2013) |
| 01/22/2013 | 16 | AFFIDAVIT of Elena Pope re: 6 MOTION to Dismiss 1 Complaint *per FRCP Rule 12(b)(6)*, filed.(Odom, Lane) (Entered: 01/22/2013) |
| 01/22/2013 | 17 | Supplemental RESPONSE to 6 MOTION to Dismiss 1 Complaint *per FRCP Rule 12(b)(6)* filed by Angela Lea, Darrel Lea. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Radbil, Noah) (Entered: 01/22/2013) |
| 03/01/2013 | | ***Set/Reset Deadlines: Internal review set for 3/11/2013. (ghassan, ) (Entered: 03/01/2013) |

| | | |
|---|---|---|
| 03/05/2013 | 18 | NOTICE *of Vacation Dates* by Buy Direct, LLC, filed. (Odom, Lane) (Entered: 03/05/2013) |
| 04/04/2013 | 19 | AFFIDAVIT of Elena Pope re: 6 MOTION to Dismiss 1 Complaint *per FRCP Rule 12(b)(6)*, filed.(Odom, Lane) (Entered: 04/04/2013) |
| 04/18/2013 | 20 | Opinion on Dismissal. (Signed by Judge Lynn N. Hughes) Parties notified.(glyons) (Entered: 04/18/2013) |
| 04/18/2013 | 21 | Final Dismissal. Case terminated on 4/18/13(Signed by Judge Lynn N. Hughes) Parties notified.(glyons) (Entered: 04/18/2013) |
| 05/17/2013 | 22 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Angela Lea, Darrel Lea (Filing fee $ 455, receipt number 0541–11443759), filed.(Radbil, Noah) (Entered: 05/17/2013) |
| 05/21/2013 | 23 | Notice of the Filing of an Appeal. DKT13 transcript order form was mailed to appellant (1 copy needed ). Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 22 Notice of Appeal, filed. (Attachments: # 1 NOA, # 2 Opinion, # 3 Order, # 4 Docket sheet, # 5 DKT13 form)(smurdock, ) (Entered: 05/21/2013) |