UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ANGELA LEA, *et al.* | No.        13-20281 |
| Plaintiffs - Appellants, | USDC No.   4:12-cv-03216 |
| v. | |
| BUY DIRECT, L.L.C. | |
| Defendant - Appellee. | |

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE THEIR OPENING BRIEF ON APPEAL**

1.      On July 3, 2013 this Court issued its briefing notice, and informed Plaintiffs-Appellants that they must file their opening brief on or before August 12, 2013.

2.      Plaintiffs-Appellants now request an extension of 30 days to file their opening brief.

3.      Plaintiffs-Appellants' counsel has been engaged, and is engaged as counsel, in other matters demanding attention.

4.      For example, Plaintiffs-Appellants' counsel very recently filed a reply brief before this Court, in the matter of *Nicole Payne v. Progressive Financial Services, Inc.*, No. 13-10381.

5.	Plaintiffs-Appellants' counsel is also currently preparing an opening brief to the Ninth Circuit Court of Appeals, in the matter of *Michelle Echlin v. Columbia Collectors, Inc.,* No. 13-13-35359.

6.	Plaintiff-Appellants' counsel is additionally responsible for many other matters arising out of his day-to-day practice.

7.	Defendant-Appellee does *not* object to Plaintiffs-Appellants' request.

8.	The court reporter is not in default with regard to any designated transcripts.

9.	WHEREFORE, Plaintiffs-Appellants request that this Court enter an order granting them a 30-day extension to file their opening brief—thus requiring that they file their opening brief on or before September 11, 2013.

>	s/ Aaron D. Radbil
>	Aaron D. Radbil
>	WEISBERG & MEYERS, LLC
>	5025 North Central Ave, Ste 602
>	Phoenix, AZ 85012
>	Phone: (786) 245-8622
>	Facsimile: (866) 842-3303
>	Email: aradbil@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I filed the foregoing electronically with the Clerk of Court to be served by operation of the Court's Appellate Electronic Case Files system.

>	s/ Tremain Davis
>	Tremain Davis