# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 17, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 13-20281   Angela Lea, et al v. Buy Direct, L.L.C.
                  USDC No. 4:12-CV-3216

The court has granted an extension of time to and including September 11, 2013 for filing appellants' brief in this case.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Peter A. Conners, Deputy Clerk
                       504-310-7685

Mr. Kendrick Lane Odom
Mr. Aaron D. Radbil
Mr. Noah D. Radbil