# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 18, 2013

Mr. Aaron D. Radbil
Weisberg & Meyers, L.L.C.
5025 N. Central Avenue
Room 602
Phoenix, AZ 85012

Mr. Noah D. Radbil
Weisberg & Meyers, L.L.C.
5025 N. Central Avenue
Suite 602
Phoenix, AZ 85012

    No. 13-20281,   Angela Lea, et al v. Buy Direct, L.L.C.
          USDC No. 4:12-CV-3216

Appellants' record excerpts, electronically filed 9/11/13, are deficient for the following reason:

Title on the record excerpts does not agree with the title of the case in compliance with 5ᵀᴴ CIR. R. 30.1.7(d).

The caption must read as follows:

ANGELA LEA; DARREL LEA,

Plaintiffs - Appellants

v.

BUY DIRECT, L.L.C.,

Defendant - Appellee

Once you have prepared your sufficient record excerpts, you must email it to: **Linda_Miles@ca5.uscourts.gov** for review **within 14 days** of this notice. If the record excerpts are in compliance, you will receive a notice of docket activity advising you that the sufficient record excerpts have been filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Linda B. Miles, Deputy Clerk
504-310-7709

cc: Mr. Kendrick Lane Odom